IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH PAUL LOWERY,
    Petitioner,

vs.                                              Case No: 3:04cv311/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## ORDER

       This cause is before the court on Petitioner's notice of appeal (Doc. 50). Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2). The Eleventh Circuit instructed in Edwards v. United States, 114 F.3d 1083 (1997), that district courts must treat notices of appeal in § 2254 actions as applications for certificates of appealability.

       After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in the court's October 20, 2006 order (Doc. 48) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on September 25, 2006 (Doc. 43), a certificate of appealability shall be denied.

       Accordingly, it is **ORDERED**:

       Petitioner's notice of appeal, construed as a motion for certificate of appealability (Docs. 50, 51), is **DENIED** and no certificate shall issue.

       **DONE AND ORDERED** this 27th day of October 2006.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**